**STATE of Missouri, Respondent,**

v.

**Kevin GARNER, Appellant.**

**No. WD 34929.**

Missouri Court of Appeals,
Western District.

April 3, 1984.

James W. Fletcher, Public Defender, Kansas City, Sean D. O'Brien, Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., P.J., DIXON and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from convictions for rape, Section 566.030, R.S.Mo.Supp.1983, and sodomy,

Section 566.060, R.S.Mo.Supp.1983, and concurrent sentences of twenty years on each count. Judgment affirmed. Rule 30.-25(b).